CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
redmopv@interact.ccsd.net
*Attorney for Defendant, Clark County School District*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO, as Guardian Ad Litem of YD, a minor,<br><br>Plaintiffs,<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendants. | CASE NO.: 2:16-cv-02063-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>(First Request) |

COMES NOW, Plaintiff and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree that the District may have up to and including October 3, 2016, to respond to the complaint in this matter. The complaint was served September 2, 2016; therefore, the current response date is September 22, 2016. This is the first request for an extension to the response due date.

This request is being entered for good cause, in good faith, and not for reason of delay. Although District's counsel has been actively working on a response to the Complaint, she was called out of state to address the medical needs of an elderly parent.

/ / /

/ / /

/ / /

1   THEREFORE, the parties respectfully request the response due date be extended eleven
2   (11) days up to and including October 3, 2016.
3   DATED this 21st day of September, 2016.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/ Phoebe V. Redmond
   Phoebe V. Redmond (#9657)
   5100 West Sahara Avenue
   Las Vegas, Nevada 89146
   *Attorneys for Defendant, CCSD*

IVIE LAW GROUP, LLC

By: /s/ Gregory D. Ivie
   Gregory D. Ivie (#8129)
   7455 Arroyo Grande Crossing #220
   Las Vegas, Nevada 89113
   *Attorneys for Plaintiffs, Valerie Soto*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: December 28, 2016