# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO, | Case No. 2:16-cv-02063-JCM-NJK |
| Plaintiff, | |
| vs. | ORDER |
| CLARK COUNTY SCHOOL DISTRICT, | (Docket No. 20) |
| Defendant. | |

Pending before the Court is the filing by Plaintiff of an expert report, served on Defendant in discovery. Docket No. 20. Discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). Because the above document was filed in violation of the rules, it shall be **STRICKEN** by the Clerk.

The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket. Failure to abide by this order and the applicable rules may result in sanctions.

IT IS SO ORDERED.

DATED: February 3, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge