CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
DONNA MENDOZA MITCHELL, ESQ.
Nevada Bar No. 2755
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-5505
Email: dmendoza-mitche@interact.ccsd.net
Email: redmopv@interact.ccsd.net
*Attorneys for Defendant, CCSD*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE SOTO, as Guardian Ad Litem of Y.D., a minor,<br><br>Plaintiffs,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 2:16-cv-02063-JCM-NJK<br><br>**NOTICE OF SUBSTITUTION**<br>**OF ATTORNEY** |

Defendant, CLARK COUNTY SCHOOL DISTRICT hereby substitutes CARLOS L. MCDADE, General Counsel, 5100 West Sahara Avenue, Las Vegas, Nevada 89146, telephone (702) 799-5373, as attorney of record in place and stead of DONNA MENDOZA MITCHELL, Deputy General Counsel, 5100 West Sahara Avenue, Las Vegas, Nevada 89146, telephone (702) 799-5373.

DATED this 26 day of September, 2017.

CLARK COUNTY SCHOOL DISTRICT

By: *Pat Skully*
Its: Superintendent

I consent to the above substitution.

DATED this 26th day of September, 2017.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/ Donna Mendoza Mitchell
DONNA MENDOZA MITCHELL, ESQ.
Nevada Bar No. 2755
5100 West Sahara Avenue
Las Vegas, NV 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-5505

I am duly admitted to practice in this District. The undersigned hereby consents to be substituted as the attorney for Defendant.

DATED this 26th day of September, 2017.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/ Carlos McDade
CARLOS L. MCDADE, ESQ.
Nevada Bar No. 11205
5100 West Sahara Avenue
Las Vegas, NV 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-5505

IT IS SO ORDERED.

Dated: September 27, 2017

_____
UNITED STATES MAGISTRATE JUDGE